IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DITAGI GREENE,

      Petitioner,                    No. CIV S-06-0090 MCE KJM P

    vs.

BOARD OF PRISON TERMS,

      Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  He has neither paid the filing fee nor filed a request to proceed in forma pauperis.  The Clerk of the Court sent him the appropriate form on January 30, 2006.

        Petitioner is incarcerated in Rancho Cucamonga on a parole violation and, it appears, new charges.  Any parole revocation would have occurred in Rancho Cucamonga. Rancho Cucamonga is in San Bernardino County, which is an area embraced by the United States District Court for the Central of California.

        Under 28 U.S.C. § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  Because petitioner was not found to be in violation of his parole in this district,

1

1  and is not presently confined here, this court does not have jurisdiction to entertain the
2  application.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. This court has not ruled on petitioner's request to proceed in forma pauperis.
5        2. This matter is transferred to the United States District Court for the Central
6  District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).
7  DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
gree0090.108B

2